1  BENJAMIN B. WAGNER
   United States Attorney
2  ANDRÉ M. ESPINOSA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4

5  Attorneys for Plaintiff
   United States of America
6



FILED
JUN 29 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703(d) PERTAINING TO THE email account IDENTIFIED BY THE ADDRESS thomasvenable@yahoo.com | CASE NO. 2:15-SW-377 CKD<br><br>[PROPOSED] ORDER |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Yahoo! Inc., an electronic communications service provider and/or a remote computing service located in Sunnyvale, California, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Yahoo! Inc. shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

Dated: 6/29/2015

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER                                1

## ATTACHMENT A

### I. The Account(s)

The Order applies to certain records and information associated with the following email account identified by the address thomasvenable@yahoo.com.

### II. Records and Other Information to Be Disclosed

Yahoo! Inc. is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period between April 1, 2010, and May 1, 2010:

A. The following information about the customers or subscribers of the Account:
   1. Names (including subscriber names, user names, and screen names);
   2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
   3. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
   4. Length of service (including start date) and types of service utilized;
   5. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

B. All records and other information (not including the contents of communications) relating to the Account, including:
   1. Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses;
   2. Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers);
   3. Transmission data including but not limited to all transmission delivery path information and all header information for any and all emails sent or received by thomasvenable@yahoo.com during the relevant period.